UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JAMES DOUGLAS HAMILTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:23-cv-00526-HAB-SLC ) |
| TRINE UNIVERSITY, | ) ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, James Douglas Hamilton, and Defendant, Trine University, by counsel, (hereafter the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to dismiss this action, with prejudice, with each party bearing his/its own attorneys' fees and costs.

Respectfully submitted,

/s/ *(signature)*
James Douglas Hamilton
18333 Devall Road
Spencerville, IN 46788




Plaintiff

/s/Robert F. Seidler
Robert F. Seidler
Zachary A. Ahonen
**Jackson Lewis, P.C.**
211 North Pennsylvania Street
Suite 1700
Indianapolis, IN 46204
Email: Robert.seidler@jacksonlewis.com
          Zachary.ahonen@jacksonlewis.com

Counsel for Defendant

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on, January 7, 2025, I filed the foregoing *Stipulation of Dismissal* electronically with the Clerk of the Court. Notice of this filing will be sent to participants who are registered CM/ECF users by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participant:

>James Douglas Hamilton
>18333 Devall Road
>Spencerville, IN 46788

>*/s/ Robert F. Seidler*
>Robert F. Seidler

4918-2864-4621, v. 1